MICHAEL BAILEY
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant U.S. Attorney
State Bar No. 029206
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: craig.russell@usdoj.gov
Attorneys for Plaintiff

FILED
2020 JAN 15 PM 4: 10
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-00254 TUC-JGZ(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Shateria Morse,
2. Tianee Eaton,
3. Fermin Sesma,
4. Matthew Richardson,
5. Moises Miranda,

Defendants.

I N D I C T M E N T

VIO: 21 U.S.C. § 846
(Conspiracy to Acquire a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge)
Count 1

21 U.S.C. § 843(a)(3)
(Acquiring or Obtaining a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception, or Subterfuge)
Counts 2,4,6, and 8

18 U.S.C. § 1028A(a)(1)
(Aggravated Identity Theft)
Counts 3,5,7, and 9

(SEALED)

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about August 12, 2018, in the District of Arizona, Shateria Morse did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to acquire codeine, a Schedule V controlled substance, by fraud, misrepresentation, forgery, deception, and subterfuge; in violation of Title 21, United States Code, Sections 843(a)(3).

*United States of America v. Shateria Morse et al.*
*Indictment Page 1 of 4*

1  All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about December 17, 2017, in the District of Arizona, the defendant, Tianee Eaton, caused to be submitted to a retail pharmacy a forged and fraudulent prescription for codeine, a schedule V controlled substance, and did thereby knowingly and intentionally acquire and obtain possession of the controlled substance codeine by material misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 3

On or about December 17, 2017, in the District of Arizona, the defendant, Tianee Eaton, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c)(4); to wit: Title 18 United States Code, Section 1001(a)(3), Using a False Writing or Document, did knowingly use and possess, without lawful authority, a means of identification of another person.

In violation of 18 U.S.C. Section 1028A(a)(1).

## COUNT 4

On or about April 6, 2018, in the District of Arizona, the defendant, Fermin Sesma, caused to be submitted to a retail pharmacy a forged and fraudulent prescription for codeine, a schedule V controlled substance, and did thereby knowingly and intentionally acquire and obtain possession of the controlled substance codeine by material misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 5

On or about April 6, 2018, in the District of Arizona, the defendant, Fermin Sesma, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c)(4); to wit: Title 18 United States Code, Section 1001(a)(3), Using a False Writing or Document, did knowingly use and possess, without lawful authority, a means of identification of another person.

In violation of 18 U.S.C. Section 1028A(a)(1).

## COUNT 6

On or about April 29, 2018, in the District of Arizona, the defendant, Matthew Richardson, caused to be submitted to a retail pharmacy a forged and fraudulent prescription for codeine, a schedule V controlled substance, and did thereby knowingly and intentionally acquire and obtain possession of the controlled substance codeine by material misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 7

On or about April 29, 2018, in the District of Arizona, the defendant, Matthew Richardson, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c)(4); to wit: Title 18 United States Code, Section 1001(a)(3), Using a False Writing or Document, did knowingly use and possess, without lawful authority, a means of identification of another person.

In violation of 18 U.S.C. Section 1028A(a)(1).

## COUNT 8

On or about January 5, 2018, in the District of Arizona, the defendant, Moises Miranda, caused to be submitted to a retail pharmacy a forged and fraudulent prescription for codeine, a schedule V controlled substance, and did thereby knowingly and intentionally acquire and obtain possession of the controlled substance codeine by material misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

## COUNT 9

On or about January 5, 2018, in the District of Arizona, the defendant, Moises Miranda, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c)(4); to wit: Title 18 United States Code, Section 1001(a)(3), Using a False Writing or Document, did knowingly use and possess, without lawful authority, a means of identification of another person.

|    |    |
|----|----|
| 1  | In violation of 18 U.S.C. Section 1028A(a)(1). |
| 2  |    |
| 3  | A TRUE BILL |
| 4  | /S/ |
| 5  | FOREPERSON OF THE GRAND JURY |
|    | Dated:  January 15, 2020 |

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

CRAIG H. RUSSELL
Assistant U.S. Attorney