☒ FILED  ☐ LODGED
**Mar 09 2021**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Shateria Morse,

    Defendant.

Case No. CR 20-00254-1-TUC-JGZ (BGM)

AMENDED APPLICATION AND
WRIT OF HABEAS CORPUS

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant U.S. Attorney hereby applies to the court for the issuance of a writ of habeas corpus ☒ ad prosequendum, ☐ ad testificandum, ☐ in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Defendant Shateria Morse, Idaho DOC Number 122326, is

2. Detained by the Idaho Department of Corrections, South Idaho Correctional Institute North Dorm, P.O. Box 8509, Boise, Idaho 83707. Physical address: 13900 Pleasant Valley Rd., Kuna, Idaho 83634. Phone (208) 336-1260. Fax (208) 334-3239.

3. Detainee is charged in this district by indictment, alleging Conspiracy to Acquire a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge in violation of 21 U.S.C. sections 843(a)(3) and 846. She has asserted her rights under the Interstate Agreement on Detainers.

4. Appearance is necessary on (date and time)
    April 14, 2021, 2 PM (Judge Leslie A. Bowman)
    ☐ in Courtroom Number ____ or ☐ before the Federal Grand Jury of the U.S. Courthouse for the district, for:

    ☐ To give testimony in the above-captioned proceeding
    ☐ Arraignment    ☐ Plea    ☐ Jury trial
    ☐ Bench Trial    ☐ Sentencing    ☐ In Re a 28 U.S.C. § 2255 motion
    ☒ Other purpose(s), to wit: for an initial appearance through resolution

Date: _____

CRAIG RUSSELL  Digitally signed by CRAIG RUSSELL
Date: 2021.03.08 10:16:55 -07'00'

CRAIG H. RUSSELL
Assistant United States Attorney

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum    ☐ In Re Motion to Vacate

The instant application is granted and the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, or other federal law enforcement officer(s) for this district, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to the facility listed above unless otherwise ordered by the Court.

Date: 3/9/2021

Jennifer G. Zipps
United States District Judge

CC: AUSA: C. Russell, CJA T. Hartzell, USM (cc), DOC (cc), LAB, PTS    Copies distributed