GLEN B. McCORMICK
Acting United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant United States Attorneys
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7327
Email: Craig.Russell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 20-CR-00254-TUC-JGZ-BGM |
|---|---|
| Plaintiff, | SENTENCING MEMORANDUM |
| vs. | |
| Shateria Morse, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits the following sentencing memorandum.

The defendant coordinated a wide-spread criminal enterprise in which she created false prescriptions for cough medicine with codeine and had them presented by various individuals at pharmacies around the country. On June 29, 2021, the defendant pled guilty to Count One of the Indictment alleging Conspiracy to Acquire a Controlled Substance by Fraud, Forgery, Deception, or Subterfuge. The government has reviewed the Presentence Report (PSR) and has no objection to the guideline calculation of a total offense level of 9 and the defendant's placement in Criminal History Category IV. The plea agreement entered into by the parties provides for a guideline range of 12 to 18 months imprisonment. U.S. Probation is recommending a sentence of 14 months.

In aggravation, the defendant engaged in serious criminal conduct that severely violated the integrity of controlled substance programs in several states. In possible mitigation, the defendant was arrested for a state of Idaho parole violation on August 10, 2018 and was held in state custody in Idaho until she was transferred to federal custody in conjunction with this case earlier this year. Counsel for the government has spoken with an executive director the Idaho Commissions on Pardon and Parole. It appears that the defendant was kept in custody in conjunction with the parole violation in Idaho at least in part due to her criminal conduct in this case and because she had federal charges pending against her. Having reviewed the findings and recommendations contained in the PSR, the government requests a sentence of 12 months followed by one year of supervised release. This sentence would constitute sufficient deterrence and be consistent with the application of the other sentencing factors set forth in 18 U.S.C. Section 3553(a).

Respectfully submitted this 31st day of August, 2021.

GLEN B. McCORMICK
Acting United States Attorney
District of Arizona

*/s/Craig H. Russell*

Craig H. Russell
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 31st day of August, 2021, to:

ALL ECF Participants