Shateria S. Morse
Full Name/Prisoner Name

SICI NO D
Po Box 8509
Boise ID 83707
Complete Mailing Address

Plaintiff/(Defendant)
(circle one)

FILED _____ LODGED
RECEIVED _____ COPY

JUN 1 3 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

The United States District
Court for the District of Arizona

The United States
Plaintiff/Petitioner,
Full name(s)

vs.

Shateria S. Morse

Defendant/Respondent(s),
Full name(s). Do not use et. al.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CR-20-00254-001-TUC-JGZ(BGM)

Inefective Councel
_____
_____

COMES NOW, Shateria S. Morse Plaintiff/(Defendant) (circle one) in the above entitled

motion for inefective councel concerning
the following reason. On the 9th day
of September 2021 my attorney
T.S. Hartzell failed to follow
through with his legal duty.

_____ -1

l -pg. 3

Revised 3/24/16

Prior to sentencing, T.S. Hartzell failed to let the court know that my federal and state time could be ran concurrent. After discussing this with him, he said he would file a motion on the 22nd day of September 2021. I still have not received a copy of that motion and have since then been attempting to file the motion myself. Since leaving the CCA in Arizona returning to Idaho from the writ I submitted to begin this process, I've tried contacting T.S Hartzell for months to no avail. I've tried having my family and case manager call him as well and still there is no response. I'm filling this motion in hopes that T.S. Hartzell will follow through with filling the motion to run the federal and state time concurrent or

2 -pg. 3

receive new ~~contact~~ Council
to assist me in my rights.

_____

_____

_____

_____

Respectfully submitted this �ُ7 day of ___June___ 20 22 .

_____Shalen  m_____
Plaintiff/Defendant (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the _7_ day of ___June___ ,20 22 , I

mailed a true and correct copy of the _____ via

prison mail system for processing to the U.S. mail system to:

Arizona Attorney General
400 West Congress
South Building, Suite 315
Tucson , AZ 85701-1367

_____Shalen  m_____
Plaintiff/Defendant (circle one)

_____3_-pg._3